# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 3/31/10 and was converted to a case under chapter 7 on 8/5/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charlie Bacolod Rendorio<br>91−1040 Puamae'ole Street #13A<br>Ewa Beach, HI 96706 | Anela Napuaonawailani Rendorio<br>fka Anela Napuaonawailani Caspillo−Saranillio<br>91−1040 Puamae'ole Street #13A<br>Ewa Beach, HI 96706 |
| Case Number:<br>10−00923 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−7517<br>xxx−xx−2110 |
| Attorney for Debtor(s) (name and address):<br>Donald L. Spafford Jr.<br>Law Office of Donald L. Spafford, Jr.<br>Pauahi Tower, Suite 470<br>1003 Bishop Street<br>Honolulu, HI 96813<br>Telephone number: 808.532.6300 | Bankruptcy Trustee (name and address):<br>Richard A. Yanagi<br>1136 Union Mall, #303<br>Honolulu, HI 96813<br>Telephone number: 808.599.0339 |

## Meeting of Creditors
Date: **September 3, 2010**　　　　　　　　　　　　　　　　Time: **12:00 PM**
Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/2/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 8/5/10 |

# EXPLANATIONS

B9A (Official Form 9A) (12/09)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: darlene              Page 1 of 1                Date Rcvd: Aug 05, 2010
Case: 10-00923                Form ID: b9a               Total Noticed: 26
```

The following entities were noticed by first class mail on Aug 07, 2010.
```
db/jdb     +Charlie Bacolod Rendorio,   Anela Napuaonawailani Rendorio,    91-1040 Puamae'ole Street #13A,
             Ewa Beach, HI 96706-4402
aty        +Derek W.C. Wong,   Routh Crabtree Olsen,   900 Fort Street Mall, Ste. 305,
             Honolulu, HI 96813-3702
aty        +Donald L. Spafford, Jr.,   Law Office of Donald L. Spafford, Jr.,   Pauahi Tower, Suite 470,
             1003 Bishop Street,   Honolulu, HI 96813-6400
cr         +Chase Home Mortgage,   10790 Rancho Bernardo Road,   San Diego, CA 92127-5705
1003682     AOAO Palm Villas,   c/o Certified Management Inc.,   3179 Koapaka St.,   Honolulu, HI 96819
1031228    +AOAO of Palm Villas,   c/o Arlette Harada, Esq.,   Ekimoto & Morris, LLLC,
             1001 Bishop Street, Suite 780,   Honolulu, HI 96813-3484
1003684     Chase Home Finance,   P.O. Box 44090,   Jacksonville, FL 32231-4090
1009314    +Chase Home Finance LLC,   10790 Rancho Bernardo Rd.,   San Diego, CA 92127-5705
1003686     CitiFinancial,   Bankruptcy Dept.,   PO Box 140489,   Irving, TX 75014-0489
1003685     Citibank (South Dakota),   P.O. Box 653000,   Dallas, TX 75265-3000
1003687    +Citifinancial, Inc,   Ewa Beach Branch,   91-1001 Kaimalie St., #103,   Ewa Beach, HI 96706-6247
1003689    +Ewa by Gentry/Palm Villas,   c/o Hawaiiana Management Co.,   711 Kapiolani Blvd., Ste. 700,
             Honolulu, HI 96813-5249
1019850    +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk VA 23541-0907
1003691     Hirata, Greigh I, MD.,   PO Box 30570,   Honolulu, HI 96820-0570
1017350    +Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
1003693     Preferred Credit, Inc.,   PO Box 1970,   Saint Cloud, MN 56302-1970
1018545    +University of Hawaii FCU,   P.O. Box 22070,   Honolulu, HI 96823-2070
1003694    +University of Hawaii FCU,   2019 South King Street,   Honolulu, HI 96826-2220
```
The following entities were noticed by electronic transmission on Aug 06, 2010.
```
tr         +EDI: QRAYANAGI.COM Aug 06 2010 07:33:00    Richard A. Yanagi,   1136 Union Mall, #303,
             Honolulu, HI 96813-2711
1003683     EDI: BANKAMER.COM Aug 06 2010 07:38:00    Bank of America,   P.O. Box 15026,
             Wilmington, DE 19850-5026
1025614     EDI: BLINE.COM Aug 06 2010 07:38:00    CR Evergreen, LLC,   MS 550,   PO Box 91121,
             Seattle, WA 98111-9221
1003688     EDI: DISCOVER.COM Aug 06 2010 07:33:00    Discover,   Attn: Bankruptcy Dept.,   P.O. Box 8003,
             Hilliard, OH 43026
1004798     EDI: DISCOVER.COM Aug 06 2010 07:33:00    Discover Bank,   Dfs Services LLC,   PO Box 3025,
             New Albany, Ohio  43054-3025
1003690     EDI: BANKAMER2.COM Aug 06 2010 07:33:00    FIA Card Services, N.A.,   P.O. Box 15720,
             Wilmington, DE 19850-5720
1003692    +EDI: HFC.COM Aug 06 2010 07:38:00    HSBC Bank,   Attn: Bankruptcy,   PO Box 5213,
             Carol Stream, IL 60197-5213
1013840     EDI: RECOVERYCORP.COM Aug 06 2010 07:38:00    Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Derek W.C. Wong,   Routh Crabtree Olsen,   900 Fort Street Mall, Ste. 305,
             Honolulu, HI 96813-3702
cr*        +Chase Home Finance LLC,   10790 Rancho Bernardo Rd.,   San Diego, CA 92127-5705
cr*        +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2010              Signature:        *Joseph Speetjens*